FILED

03/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0343

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0343

_____

DANIEL PERL, SANDRA PERL, Individually
and as Trustees and Settlors of the D. & S. Perl
Family Trust Dated August 24, 1998,

      Plaintiffs and Appellants,

   v.

CHRISTOPHER GRANT, Individually and as
Trustee and Settlor of the Grant Revocable Trust
Dated July 18, 2098, the Grant Revocable Trust
Dated July 18, 2008 and GRANT
CONSTRUCTION, LLP,

      Defendants and Appellees.

                                           O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 1 2023